[Cite as *02/06/2004 Case Announcements,* 2004-Ohio-449.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *February 6, 2004*

## MERIT DECISIONS WITHOUT OPINIONS

**2001–0748.   State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015, 2001-Ohio-4267. This cause came on for further consideration on appellees/cross-appellants' motion for order to show cause why appellants/cross-appellees should not be held in civil contempt of this court's writ of mandamus issued December 18, 2002, and appellants/cross-appellees' motion to dismiss motion for order to show cause. Upon consideration thereof,
    IT IS ORDERED by the court that the motion to dismiss motion for order to show cause be, and hereby is, granted, because the request properly belongs in the court of appeals.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–2119.   State ex rel. Szabo v. Wiseman.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion to dismiss and relator's motion for immediate protection,
    IT IS ORDERED by the court that the motion for immediate protection be denied and that the motion to dismiss be sustained.
    IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1989–0846.   State v. Lott.**
Cuyahoga App. No. 54537. Upon consideration of appellee's motion to set execution date,
    IT IS ORDERED by the court that the motion to set execution date be, and hereby is, held in abeyance pending a ruling by the court of appeals on the case pending there.
    IT IS FURTHER ORDERED by the court that the parties are to notify this court when the proceedings before the court of appeals have concluded.
    RESNICK, J., would grant the motion.

**2003–1161.   State v. Crotts.**
Cuyahoga App. No. 81477, 2003-Ohio-2473. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of counsel for appellee's motion to withdraw as counsel,
    IT IS ORDERED by the court that the motion be, and hereby is, granted.
    PFEIFER and O'CONNOR, JJ., dissent.